IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Arvetta

Printed: 01/22/09

Case Number: 08 B 26775
Judge: Hollis, Pamela S
Filed: 10/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: January 9, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 887.50 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 828.92 |
| Trustee Fee: |  | 58.58 |
| Other Funds: |  | 0.00 |
| Totals: | 887.50 | 887.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,491.50 | 828.92 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | GMAC Auto Financing | Secured | 0.00 | 0.00 |
| 4. | Chicago Municipal Employees CU | Secured | 0.00 | 0.00 |
| 5. | Select Portfolio Servicing | Secured | 8,182.26 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 196.64 | 0.00 |
| 7. | RJM Acquisitions LLC | Unsecured | 138.03 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 241.61 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 127.57 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,006.68 | 0.00 |
| 11. | Select Portfolio Servicing | Secured |  | No Claim Filed |
| 12. | Chase Bank | Unsecured |  | No Claim Filed |
| 13. | CitiFinancial | Unsecured |  | No Claim Filed |
| 14. | American General Finance | Unsecured |  | No Claim Filed |
| 15. | NBGL-Carsons | Unsecured |  | No Claim Filed |
| 16. | Omnium Worldwide | Unsecured |  | No Claim Filed |
| 17. | Payday Online.Us | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,384.29 | $ 828.92 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 58.58 |
|  | $ 58.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Johnson, Arvetta | Case Number:   08 B 26775 |
| | Judge:   Hollis, Pamela S |
| Printed: 01/22/09 | Filed:   10/7/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

